United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01501-MJC |
| Lori Ann Neeb | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 18, 2024 | Form ID: 309A | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Neeb, 2 Ridgewood Drive, Bloomsburg, PA 17815-7818 |
| tr | + | Jill E. Durkin, Durkin Law, LLC, 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5624709 | + | Berwick Hospital, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624710 | + | Berwick Hospital Center, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624720 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5624726 | + | NASA Federal Credit Union, 4705 Queensbury Road, Riverdale, MD 20737-1920 |
| 5624731 | #+ | Scott & Associates, P.C., 6 Kacey Ct., Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brett@freeman.law | Jun 18 2024 18:40:00 | Brett Freeman, Freeman Law, 606 Hamlin Highway, Suite 2, Lake Ariel, PA 18436 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jun 18 2024 18:40:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5624711 | + | EDI: CAPITALONE.COM | Jun 18 2024 22:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5624712 | + | Email/Text: rnewhart@columbiapa.org | Jun 18 2024 18:41:33 | Columbia County Tax Claim Bureau, PO Box 380, 11 West Main St., Almedia, PA 17815-1702 |
| 5624714 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank, 3075 Loyalty Circle, PO Box 182789, Columbus, OH 43218-2789 |
| 5624713 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5624715 | + | EDI: PHINGENESIS | Jun 18 2024 22:41:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5624716 | | EDI: DISCOVER | Jun 18 2024 22:41:00 | Discover Bank, PO Box 15316, Att: CMS/Prod Develop, Wilmington, DE 19850 |
| 5624717 | + | Email/Text: data_processing@fin-rec.com | Jun 18 2024 18:40:00 | Financial Recovery Services, Inc., PO Box 21405, Saint Paul, MN 55121-0405 |
| 5624718 | + | EDI: BLUESTEM | Jun 18 2024 22:41:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5624719 | + | EDI: AMINFOFP.COM | Jun 18 2024 22:41:00 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 5624721 | | EDI: JEFFERSONCAP.COM | Jun 18 2024 22:41:00 | Jefferson Capital Systems, 16 McLeland Road, |

| Recip ID | Bypass | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | | Saint Cloud, MN 56303 |
| 5624722 | EDI: JPMORGANCHASE | Jun 18 2024 22:41:00 | JPMorgan Chase Bank, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 5624723 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:27 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5624725 | ^ MEBN | Jun 18 2024 18:38:51 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5624724 | ^ MEBN | Jun 18 2024 18:39:20 | Mariner Finance, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 5624727 | Email/Text: bankruptcies@penncredit.com | Jun 18 2024 18:40:00 | PennCredit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5624728 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2024 18:40:00 | PNC Bank, 300 5th Avenue, Pittsburgh, PA 15222 |
| 5624729 | EDI: PRA.COM | Jun 18 2024 22:41:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624732 | + EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5624733 | + Email/Text: jcissell@bankofmissouri.com | Jun 18 2024 18:40:00 | The Bank of Missouri, 216 W 2nds St. TBOM MIlestone, Dixon, MO 65459-8048 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5624749 | *+ | Berwick Hospital, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624750 | *+ | Berwick Hospital Center, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624751 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5624752 | *+ | Columbia County Tax Claim Bureau, PO Box 380, 11 West Main St., Almedia, PA 17815-1702 |
| 5624754 | *+ | Comenity Bank, 3075 Loyalty Circle, PO Box 182789, Columbus, OH 43218-2789 |
| 5624753 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5624755 | *+ | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5624756 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Att: CMS/Prod Develop, Wilmington, DE 19850 |
| 5624757 | *+ | Financial Recovery Services, Inc., PO Box 21405, Saint Paul, MN 55121-0405 |
| 5624758 | *+ | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5624759 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 5624760 | *+ | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5624761 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5624762 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 5624763 | *+ | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5624765 | *+ | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5624764 | *+ | Mariner Finance, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 5624766 | *+ | NASA Federal Credit Union, 4705 Queensbury Road, Riverdale, MD 20737-1920 |
| 5624767 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5624768 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 300 5th Avenue, Pittsburgh, PA 15222 |
| 5624769 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624730 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624770 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624771 | *+ | Scott & Associates, P.C., 6 Kacey Ct., Suite 203, Mechanicsburg, PA 17055-9237 |
| 5624772 | *+ | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5624773 | *+ | The Bank of Missouri, 216 W 2nds St. TBOM MIlestone, Dixon, MO 65459-8048 |

District/off: 0314-5  User: AutoDocke  Page 3 of 3
Date Rcvd: Jun 18, 2024  Form ID: 309A  Total Noticed: 28
TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brett Freeman | on behalf of Debtor 1 Lori Ann Neeb brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Lori Ann Neeb<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2174<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | Date case filed for chapter: 7   6/17/24 | |
| Case number: 5:24–bk–01501–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lori Ann Neeb | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2 Ridgewood Drive<br>Bloomsburg, PA 17815 | |
| 4. | **Debtor's attorney**<br>Name and address | Brett Freeman<br>Freeman Law<br>606 Hamlin Highway<br>Suite 2<br>Lake Ariel, PA 18436 | Contact phone 570–589–0010<br><br>Email: brett@freeman.law |
| 5. | **Bankruptcy trustee**<br>Name and address | Jill E. Durkin<br>Durkin Law, LLC<br>401 Marshbrook Road<br>Factoryville, PA 18419 | Contact phone 570–881–4158<br><br>Email: jilldurkinesq@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **Lori Ann Neeb** | | | Case number **5:24–bk–01501–MJC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 6/18/24 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 23, 2024 at 08:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*Valid photo identification and proof of social security number are required\*** | **Location:**<br><br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1–272–239–0678<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/21/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**