IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| IN RE: | Chapter 7 |
|---|---|
| Lori Neeb,<br>           Debtor. | Case No. 5:24-bk-1501 |

**CERTIFICATION REGARDING TAX RETURNS
NOT BEING REQUIRED FOR DEBTOR**

I, Lori Neeb, am the debtor in the above-captioned matter. I hereby certify that I am not required to file tax returns, and that I have filed all previous tax returns that I was previously required to file.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: July 23, 2024                      /s/ *Lori Neeb*
                                                                           Lori Neeb
                                                                           Debtor