Certificate Number: 13858-PAM-DE-038710421

Bankruptcy Case Number: 24-01501


13858-PAM-DE-038710421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2024, at 7:12 o'clock PM EDT, Lori Ann Neeb completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 28, 2024

By: /s/Marco Vera

Name: Marco Vera

Title: Counselor