## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lori Ann Neeb,<br>**Debtor 1** | Chapter 7<br>Case No. 5:24−bk−01501−MJC |

Social Security No.:
    xxx−xx−2174

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

    **Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 26, 2024

**fnldecac** (05/18)