United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01501-MJC |
| Lori Ann Neeb | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Neeb, 2 Ridgewood Drive, Bloomsburg, PA 17815-7818 |
| 5624709 | + | Berwick Hospital, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624710 | + | Berwick Hospital Center, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624720 | + | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5624726 | + | NASA Federal Credit Union, 4705 Queensbury Road, Riverdale, MD 20737-1920 |
| 5624731 | #+ | Scott & Associates, P.C., 6 Kacey Ct., Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5626616 | + | Email/Text: rnewhart@columbiapa.org | Sep 26 2024 18:41:00 | COLUMBIA COUNTY TAX CLAIM BUREAU, 11 W MAIN ST, PO BOX 380, BLOOMSBURG, PA 17815-0380 |
| 5624711 | + | EDI: CAPITALONE.COM | Sep 26 2024 22:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5624712 | + | Email/Text: rnewhart@columbiapa.org | Sep 26 2024 18:41:00 | Columbia County Tax Claim Bureau, PO Box 380, 11 West Main St., Almedia, PA 17815-1702 |
| 5624714 | + | EDI: WFNNB.COM | Sep 26 2024 22:36:00 | Comenity Bank, 3075 Loyalty Circle, PO Box 182789, Columbus, OH 43218-2789 |
| 5624713 | + | EDI: WFNNB.COM | Sep 26 2024 22:36:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5624715 | + | EDI: PHINGENESIS | Sep 26 2024 22:36:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5624716 | | EDI: DISCOVER | Sep 26 2024 22:36:00 | Discover Bank, PO Box 15316, Att: CMS/Prod Develop, Wilmington, DE 19850 |
| 5624717 | + | Email/Text: data_processing@fin-rec.com | Sep 26 2024 18:41:00 | Financial Recovery Services, Inc., PO Box 21405, Saint Paul, MN 55121-0405 |
| 5624718 | + | EDI: BLUESTEM | Sep 26 2024 22:36:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5624719 | + | EDI: AMINFOFP.COM | Sep 26 2024 22:36:00 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 5624721 | | EDI: JEFFERSONCAP.COM | Sep 26 2024 22:36:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5624722 | | EDI: JPMORGANCHASE | Sep 26 2024 22:36:00 | JPMorgan Chase Bank, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |

| Recip ID | | Notice Info | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5624723 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:15 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5624725 | ^ | MEBN | Sep 26 2024 18:35:05 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5624724 | ^ | MEBN | Sep 26 2024 18:35:24 | Mariner Finance, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 5624727 | | Email/Text: bankruptcies@penncredit.com | Sep 26 2024 18:41:00 | PennCredit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5624728 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2024 18:41:00 | PNC Bank, 300 5th Avenue, Pittsburgh, PA 15222 |
| 5624729 | | EDI: PRA.COM | Sep 26 2024 22:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624732 | + | EDI: SYNC | Sep 26 2024 22:36:00 | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5624733 | + | Email/Text: jcissell@bankofmissouri.com | Sep 26 2024 18:41:00 | The Bank of Missouri, 216 W 2nds St. TBOM MIlestone, Dixon, MO 65459-8048 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5624749 | *+ | Berwick Hospital, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624750 | *+ | Berwick Hospital Center, 701 East 16th St., Berwick, PA 18603-2397 |
| 5624751 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5624752 | *+ | Columbia County Tax Claim Bureau, PO Box 380, 11 West Main St., Almedia, PA 17815-1702 |
| 5624754 | *+ | Comenity Bank, 3075 Loyalty Circle, PO Box 182789, Columbus, OH 43218-2789 |
| 5624753 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5624755 | *+ | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 5624756 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Att: CMS/Prod Develop, Wilmington, DE 19850 |
| 5624757 | *+ | Financial Recovery Services, Inc., PO Box 21405, Saint Paul, MN 55121-0405 |
| 5624758 | *+ | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5624759 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 5624760 | *+ | Geisinger, PO Box 983154, Boston, MA 02298-3154 |
| 5624761 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5624762 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 5624763 | *+ | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5624765 | *+ | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 5624764 | *+ | Mariner Finance, 5802 E. Virginia Beach Blvd, Norfolk, VA 23502-2483 |
| 5624766 | *+ | NASA Federal Credit Union, 4705 Queensbury Road, Riverdale, MD 20737-1920 |
| 5624767 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, PennCredit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5624768 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 300 5th Avenue, Pittsburgh, PA 15222 |
| 5624769 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624730 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624770 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5624771 | *+ | Scott & Associates, P.C., 6 Kacey Ct., Suite 203, Mechanicsburg, PA 17055-9237 |
| 5624772 | *+ | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5624773 | *+ | The Bank of Missouri, 216 W 2nds St. TBOM MIlestone, Dixon, MO 65459-8048 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Lori Ann Neeb brett@freeman.law brettfreemanecf@gmail.com;shannon@freeman.law;bmf153@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lori Ann Neeb<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2174<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:24-bk-01501-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lori Ann Neeb

9/26/24

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2